FILED

03/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0361

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0361

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                                   O R D E R

MAUREEN THERESE DOUBEK,

     Defendant and Appellant.

_____

On March 23, 2022, counsel for appellant filed a sixth motion for extension of time to file the opening brief in this matter. Pursuant to M. R. App. P. 26(2), any motion for a second or subsequent extension shall be filed at least 7 days before the brief is due. The Court notes that the brief was due March 18, 2022.

IT IS HEREBY ORDERED that Appellant has been given an extension of time until April 18, 2022, to prepare, file, and serve the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 23 2022